

# NUMBER 13-21-00170-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

ALICIA H. PALOMO AND/OR
ALL OCCUPANTS,                                                    Appellant,

v.

BOSCO CREDIT II, LLC,                                            Appellee.

### On appeal from the County Court at Law No. 8
### of Hidalgo County, Texas.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Benavides and Silva
### Memorandum Opinion by Chief Justice Contreras

On June 7, 2021, appellant filed a notice of appeal. On June 25, 2021, the Clerk of

the Court notified appellant she was delinquent in remitting the $205.00 filing fee and, if

the fee was not paid within 10 days, the appeal would be dismissed.

Furthermore, on June 25, 2021, the Clerk of the Court notified appellant that the docketing statement had not been filed. Appellant neither paid the fee, nor filed a docketing statement, nor otherwise responded to the Court's notices. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
26th day of August, 2021.